UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 25 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>STEPHEN BRENNER,  §<br>§<br>Defendants.  § | CRIMINAL NO. SA-09-CR-961-HLH |

### ORDER FOR ISSUANCE OF WRIT OF
### HABEAS CORPUS AD TESTIFICANDUM

Came on to be considered the Application of the United States of America for an Order for the Issuance of Writ of Habeas Corpus Ad Testificandum, representing that the above cause is set for Trial in San Antonio, Texas, on **JANUARY 31, 2011;** that **Joshua Gonzales** (SID# 762871) is a necessary and material witness for the Government, is now incarcerated in the custody of the Sheriff of the Bexar County Jail, 200 N. Comal, San Antonio, Texas 78207; 210-335-6201, and that if deprived of the benefit of the testimony of this witness, justice will suffer; and the Petitioner prays that the Court direct the issuance of a Writ of Habeas Corpus Ad Testificandum to procure the attendance of said witness, and the Court being of the opinion that said application should be granted; it is, therefore,

ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued by the Clerk of this Court addressed to the Sheriff of the Bexar County Jail, 200 N. Comal, San Antonio, Texas 78207 directing him to deliver the body of said witness into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring the said witness before this Court, in San Antonio, Texas, on **JANUARY 31, 2011 at 9:30**

A.M. for the purpose of giving his testimony herein, and at the conclusion of said testimony the said witness shall be returned to the custody of the Sheriff of the Bexar County Jail, 200 N. Comal, San Antonio, Texas 78207.

SIGNED and ENTERED this 25th day of January, 2011.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE